NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
rlapine@rmslaw.com
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
jherr@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, et al.,

Plaintiff(s),

v.

DAVID C. SILVER, an individual.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NANO FOUNDATION, LTD. | Plaintiff |
| NanoLabs, Inc. | Subsidiary of Nano Foundation, Ltd. |
| COLIN LeMAHIEU | Plaintiff |
| DAVID C. SILVER | Defendant |

May 16, 2019
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

---

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES