# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID C. SILVER<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–04237–DDP–PJW<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  ___5/16/2019___

Document Number(s):  __7__

Title of Document(s):  __CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1–1)__

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Other:

The case number is missing from the document. The complete case number is 2:19cv04237 DDP (PJWx) . Please include the complete case number on all document filed with the Court.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _May 17, 2019_     By: _/s/ Sharon Hall–Brown  213–894–3651_
                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**