## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., ET AL. | CASE NUMBER |
| | CV 19-04237 DDP (PJWx) |
| PLAINTIFF(S) | |
| v. | |
| DAVID C. SILVER | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

May 22, 2019
_____
Date

_____
United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____Stephen V. Wilson_____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _____SVW_____ after the case number in place of the initials of the prior judge so that the case number will read  2:19-cv-04237 SVW(PJWx . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge     ☐ Statistics Clerk