# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| NANO FOUNDATION, LTD., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID C. SILVER<br><br>Defendant(s). | 2:19–cv–04237–SVW–PJW |
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 6/10/19 | 11 and 12 | Motion to Dismiss/Motion to Strike |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The documents are stricken.

Clerk, U.S. District Court

Dated: June 11, 2019          By: /s/ *Margo Mead*
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**