| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Brandon S. Reif, Esq. (State Bar No. 214706)<br>E-Mail: BReif@ReifLawGroup.com<br>REIF LAW GROUP, P.C.<br>1925 Century Park East - Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 494-6500<br><br>ATTORNEY(S) FOR: Defendant David C. Silver | CLEAR FORM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an .<br>Plaintiff(s),<br>v.<br>DAVID C. SILVER, an individual<br>Defendant(s) | CASE NUMBER:<br>2:19-cv-04237-SVW-PJW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NANO FOUNDATION, LTD. | Plaintiff |
| COLIN LEMAHIEU | Plaintiff |
| DAVID C. SILVER | Defendant |

| | |
|---|---|
| June 12, 2019<br>Date | /s/ Brandon S. Reif<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant   David C. Silver