Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

F. Jason Seibert, Esq. (*Pro Hac Vice application forthcoming*)
E-Mail: Jason@seibert-law.com
**SEIBERT LAW**
6007 Greenway Manor Lane
Spring, Texas 77373
Telephone: (971) 235-5764

*Attorneys for Defendant David C. Silver*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and<br>COLIN LeMAHIEU, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>DAVID C. SILVER, an individual;<br><br>Defendant. | Case No. 2:19-cv-04237-SVW-PJW<br><br>**NOTICE OF SPECIAL MOTION BY DEFENDANT DAVID C. SILVER'S TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16**<br><br>Date:     August 5, 2019<br>Time:    1:30 p.m.<br>Judge:   Hon. Stephen V. Wilson<br>Crtrm:   10A - 10th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on **Monday, August 5, 2019, at 1:30 p.m.**, or as soon thereafter as may be heard in the Courtroom of the Honorable Judge Stephen V. Wilson of the United States District Court for the Central District of California, located at U.S. Courthouse, 350 West 1st Street, 10th Floor - Courtroom 10A, Los Angeles, CA 90012, Defendant DAVID C. SILVER ("Mr. Silver"), by and through undersigned counsel, shall and hereby does move the Court, pursuant to California Code of Civil Procedure section 425.16, for an order striking Plaintiffs' Complaint against Mr. Silver for: (1) defamation, (2) trade libel, and (3) intentional interference with a prospective economic advantage; and dismissing Plaintiffs' Complaint against Mr. Silver in its entirety.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in support the Motion submitted herewith; the concurrently filed Declaration of David C. Silver; all papers and pleadings on file in the action; any reply papers; and any oral argument or other evidence that the Court may entertain at the hearing on this Motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 3, 2019.

Respectfully submitted,

By: */s/ Brandon S. Reif*
Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

F. Jason Seibert, Esq.
 (*Pro Hac Vice application forthcoming*)
E-Mail: Jason@seibert-law.com
**SEIBERT LAW**
6007 Greenway Manor Lane
Spring, Texas 77373
Telephone: (971) 235-5764

*Attorneys for Defendant David C. Silver*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   12th   day of June 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **RYAN M. LAPINE, ESQ. and JOSHUA H. HERR, ESQ.**, PIERCE ROSENFELD, MEYER & SUSSMAN, LLP, *Counsel for Plaintiffs*, 232 North Canon Drive, Beverly Hills, CA 90210-5302; E-mail: RLapine@rmslaw.com; JHerr@rmslaw.com.

 */s/ Brandon S. Reif*
BRANDON S. REIF