# EXHIBIT A

# SETTLEMENT AGREEMENT

**Settlement Agreement -- Page 3 of 5**





Colin