# EXHIBIT B

## SETTLEMENT AGREEMENT











Colin