RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
*rlapine@rmslaw.com*
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
*jherr@rmslaw.com*
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

Attorneys for Plaintiffs
NANO FOUNDATION, LTD. and
COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237 DDP (PJWx)<br><br>**DECLARATION OF RYAN M. LAPINE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT**<br><br>Date: August 5, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Ctrm: 10A - 10th Floor |

## DECLARATION OF RYAN M. LAPINE

I, RYAN M. LAPINE, declare as follows:

1. I am an attorney duly admitted to practice before this Court and, a partner at Rosenfeld, Meyer & Susman LLP, am lead counsel of record in this matter for Plaintiffs Nano Foundation, Ltd. And Colin LeMahieu ("Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this Declaration in support of Plaintiffs' Opposition To Defendant David C. Silver's Motion To Dismiss Complaint.

2. I met and conferred with Jason Seibert, Silver's out of state counsel, regarding this motion. Among other matters, during that call, he informed me that he is "retired", he "does not really practice law anymore", but he informed me that he was handling this matter because he is friends with Silver.

3. After an initial call, I had a second call with Mr. Seibert in which we discussed the Settlement Agreement from the Brola litigation at length. My summer associate Wajeeh Mahmood listened in on that call, which Mr. Seibert informed me was acceptable. [REDACTED]

4. [REDACTED] He responded that he "likes to keep things loose" when meeting and conferring and that he would be filing the Motion on Monday. I asked him if he had already drafted the Motion and

intended to file it regardless of what occurred when we met and conferred. Seibert did not answer my question. I asked him if Silver intended to move to dismiss on grounds other than the release argument we discussed and he responded "no".

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019 at Beverly Hills, California.

Ryan M. Lapine