1  RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
   rlapine@rmslaw.com
2  JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
   jherr@rmslaw.com
3  ROSENFELD, MEYER & SUSMAN LLP
   232 North Canon Drive
4  Beverly Hills, California 90210-5302
   Telephone: (310) 858-7700
5  Facsimile: (310) 860-2430

6  Attorneys for Plaintiffs
   NANO FOUNDATION, LTD. and
7  COLIN LeMahieu

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237 DDP (PJWx)<br><br>**DECLARATION OF WAJEEH MAHMOOD IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT**<br><br>Date: August 5, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Ctrm: 10A - 10th Floor |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

520559.01

1
DECLARATION OF WAJEEH MAHMOOD IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

## DECLARATION OF WAJEEH MAHMOOD

I, WAJEEH MAHMOOD, declare as follows:

1. I am a law student and a summer associate at the law firm of Rosenfeld, Meyer & Susman LLP ("RMS"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this Declaration in support of Plaintiffs' Opposition To Defendant David C. Silver's Motion To Dismiss Complaint.

2. I sat in on a phone conference between Ryan Lapine, an RMS partner, and an attorney named Jason Seibert. During that call, Mr. Lapine discussed a contract release with Mr. Seibert. Mr. Lapine asked Mr. Seibert if he would be basing his motion on any issues aside from the release. Mr. Seibert said no in response.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019 at Beverly Hills, California.

_____
WAJEEH MAHMOOD

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

520559.01

2
DECLARATION OF WAJEEH MAHMOOD IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT