RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
rlapine@rmslaw.com
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
jherr@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

Attorneys for Plaintiffs
NANO FOUNDATION, LTD. and
COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID C. SILVER, an individual, <br><br> Defendant. | Case No. 2:19-cv-04237 DDP (PJWx) <br><br> **DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT** <br><br> Date: August 5, 2019 <br> Time: 1:30 p.m. <br> Judge: Hon. Stephen V. Wilson <br> Ctrm: 10A - 10th Floor |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

520558.01

1
DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

# DECLARATION OF PETER SCOOLIDGE

I, PETER SCOOLIDGE, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I was counsel to the defendants in *Brola, et al v. Nano, et al.*, Eastern District of New York Case No. 1:18-cv-02049 (the "Brola Litigation"). I make this Declaration in support of Plaintiffs' Opposition To Defendant David C. Silver's Motion To Dismiss Complaint.

2. I attach hereto a true and correct copy of the Settlement Agreement entered into in the Brola Litigation. It contains a confidentiality clause. In the Brola Litigation, Silver was not, himself, a party. He represented only Alex Brola, an individual person.

3. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019 at New York, New York.

_____
PETER SCOOLIDGE