# EXHIBIT A



## SETTLEMENT AGREEMENT









Colin