RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
rlapine@rmslaw.com
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
jherr@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

Attorneys for Plaintiffs
NANO FOUNDATION, LTD. and
COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237 DDP (PJWx)<br><br>**DECLARATION OF COLIN LEMAHIEU IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. §425.16**<br><br>Date: August 5, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Ctrm: 10A – 10th Floor |

## DECLARATION OF COLIN LEMAHIEU

I, COLIN LeMAHIEU, declare as follows:

1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am a defendant in this action and the Chief Executive Officer of Defendant Nano Foundation, LTD. ("Nano Foundation"). I make this Declaration in support of Plaintiffs' Opposition To Defendant David C. Silver's Special Motion To Strike Complaint Pursuant To Cal. Code Civ. Proc. §425.16.

2.  In 2014 and 2015, I developed a cryptocurrency that utilized block-lattice technology to decentralize processing without sacrificing security. The cryptocurrency was originally called "RaiBlocks" but its name was subsequently changed to "Nano." I released Nano to the public on October 4, 2015 by releasing the open-source software whereby users could collect Nano via a CAPTCHA system which in industry parlance is called the "faucet" through which Nano is collected by users.

3.  In early 2018, I formed Nano Foundation and its subsidiary, NanoLabs, to service the software that operates Nano and for broader development of Nano. Both Nano Foundation and NanoLabs are non-profit entities.

4.  As a software engineer and creator and developer of a widely-traded cryptocurrency, as well as the CEO of a non-profit foundation dedicated to developing that cryptocurrency, I am intimately familiar with the technologies and software upon which cryptocurrency is built, as well as the markets for the sale of cryptocurrencies. As the progenitor of Nano, I also closely followed the market of Nano and the dollar amounts that it was sold for since its release. Nano is a "pure cryptocurrency", not an internet coin offering ("ICO"). An alternative coin or ICO is a cash-backed token given out as security in exchange for capital. Alternative coin issuers profit if the market rate for their tokens exceed their initial capital backing. Cryptocurrency coins, on the other hand, are released as computer code,

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

520510.01

2
DECLARATION OF COLIN LEMAHIEU'S ISO PLAINTIFFS' OPPOSITION
TO DEFENDANT'S SPECIAL MOTION TO STRIKE COMPLAINT

mined by users from an internet site or application, called a faucet, and obtain value if and only if users view them as a reliable and trustworthy tool to facilitate electronic exchanges of goods and services. Cryptocurrency coins are commodities that vary in value as a function of demand versus supply. Because they are not cash-backed like alternative coins and, therefore, cannot be diluted by increased market saturation with a large cash-backed subsequent issuance that reduces scarcity and drives down value, cryptocurrency coins released at a known frequency from faucets derive inherent value from their existence as "pure cryptocurrency." This basic foundational information about "pure cryptocurrencies" and ICOs is widely known to industry insiders and investors, incuding those who attend industry conventions; it is cryptocurrency 101.

5. Between the release of Nano on October 4, 2015 and October 20, 2017, 126,248,289 Nano coins were generated.

6. On October 20, 2017, I publicly "closed the faucet" on the currency by stopping creation and distribution of Nano. I accomplished this by destroying ("burning") the remaining Nano that could be generated. On October 20, 2017, I burned the remaining Nano on camera on a video that I posted to YouTube.

7. Cryptocurrency, like currency, is traded on exchanges. An exchange is a third-party business that allows customers to purchase and sell cryptocurrency for other assets, including conventional money. Beginning in March 2017, Nano was exchanged on cryptocurrency exchanges.

8. On April 20, 2017, Nano began being traded on a new cryptocurrency exchange called BitGrail, an Italy-based exchange run by an individual named Francesco Firano. Neither I nor Nano Foundation ever vouched for BitGrail or made any representations about it. Neither I nor Nano Foundation were ever paid by BitGrail, nor did I or Nano Foundation ever make money off the Nano transactions that occurred through BitGrail. That is simply not how a

crpytocurrency like Nano works. However, BitGrail became a popular medium for the sale of Nano.

9. BitGrail suffered multiple hacks between July and October 2017 wherein approximately 10 million Nano coins were stolen by third-party hackers, including a hack in July 2017 wherein approximately 2.5 million Nano coins were stolen and another hack in October 2017 wherein approximately 7.5 million Nano coins were stolen. In late January, early February 2018, one Nano coin was sold on the exchanges for approximately $15. Accordingly, when the news media reported on Bitgrail's announcement that approximately 10 million Nano coins had been stolen they reported that the value of the theft was approximately $150,000,000. Neither I nor the public was aware at the time of Bitgrail's announcement that, in fact, the hack had occurred months earlier. The hackers were unrelated in any way to Nano Foundation or to me. Neither I nor Nano Foundation have any reason to believe that the hack was perpetrated by Mr. Firano or BitGrail. After extensive investigation following the hack, it became clear that the hack had nothing to do with a flaw in Nano itself or an error made by Nano Foundation but rather was a result of a vulnerability in BitGrail's exchange software.

10. Within minutes of learning of the hack on February 8, 2018, Nano Foundation immediately reported it to the Federal Bureau of Investigation. Nano Foundation and I have taken all steps within our power to assist law enforcement in attempting to remedy the hack. I and other Nano Foundation executives and attorneys have exchanged numerous communications with the FBI, offered investigatory reports to law enforcement, traveled to Italy to work with law enforcement there to discover the source of the hack, and created a forensic "block explorer" to track transactions to attempt to locate the stolen Nano. Nano Foundation donated $1 million to fund legal efforts to assist victims recover their stolen coins. This was not an "exit scam" perpetrated by me or Nano Foundation: neither I nor Nano Foundation took anything from this theft, nor did we profit from

the $150,000,000 loss. We are not involved in it in any way, and did not own, control or operate BitGrail. An "exit scam" is a complex theft that occurs when the owners of a purported cryptocurrency sell all or substantially all of their holdings for top dollar. Neither I nor Nano Foundation did so.

11. Nobody from Nano Foundation ever said "it's against our ethos" to fix the problem or remedy the BitGrail hack. Neither I nor Nano Foundation nor any Nano Foundation executives were under investigation by the Federal Bureau of Investigation or other law enforcement, nor were criminal charges ever brought or threatened against us. We did everything in our power to assist law enforcement with investigating the BitGrail hack. Because neither I nor Nano Foundation nor any Nano Foundation executives received anything from the BitGrail hack, there was nothing that we could even return.

12. Long before the BitGrail hack, on June 15, 2016, my wife filed for divorce. I did not contest the divorce. I did not at that time, or at any time since, own 90% of the Nano in circulation, or anything near that number. I did not initiate the divorce proceeding, and I did not decide to get a divorce because I "deserved better because I was now rich." I was not rich: even if I had held a large quantity of Nano, it would have been worth almost nothing, as at the time of the divorce an individual Nano coin would have sold for less than a penny, if at all. My wife did not "take all the money." The divorce did not involve any exchange of Nano, nor did I or my wife put Nano in any financial affidavits in the divorce (much less on the "security side" of such an affidavit), nor did we argue over its value in the divorce. I never made any statement as to the value of Nano in that proceeding. It was a no-contest divorce under Texas law, in Texas courts.

13. Today Nano is sold on multiple exchanges, including but not limited to Binance, the largest cryptocurrency exchange.

14. After David Silver made his speech at the Blockchain Summit on October 24, 2018, I was informed of the contents of the speech almost immediately.

A video of the speech was published to YouTube, and I watched it. Many of my peers in the cryptocurrency industry were present for Mr. Silver's speech and told me about it afterward. Having been falsely accused by David Silver of, *inter alia*, committing a crime, facing jail time, and divorcing his wife because I "deserved better", I was humiliated. I suffered considerable emotional distress as a result of these outrageous false accusations: I suffered from anxiety, stress, and shame. It kept me up at night and filled my thoughts during the day. It was difficult to face or speak to other industry professionals because I was afraid of what they thought of me, my divorce, which had until Mr. Silver's speech been a private matter, and his claims that I and/or Nano Foundation had perpetrated a crime. Since Mr. Silver's speech, I have been shunned by certain leaders in the industry. Before Mr. Silver's speech, I had multiple opportunities to advance my career and work with others in the cryptocurrency industry. Given my reputation has been so damaged, many of those opportunities have closed, and new opportunities have not arisen. Because of Mr. Silver's defamatory statements against me and Nano Foundation, industry leaders and people who trade cryptocurrency are confused as to my expertise and, saliently, my character. This action is essential for me to rehabilitate my good name, which Silver wrecked with his reckless, false statements to my industry colleagues.

15. When Mr. Silver made his defamatory statements on May 24, 2018, one Nano coin was selling at approximately $4.56. Almost immediately after Mr. Silver made his speech at the Blockchain Summit, demand for Nano dried up. Nano's value decreased dramatically and sold for far less, reaching a floor of less than $1 before leveling out at its current value of approximately $1.25. Nano Foundation, which held a small portion of Nano dedicated to developing the cryptocurrency, suffered a loss in excess of $500,000 given its Nano holdings. Further, Nano Foundation was forced to incur extraordinary expenses to counter the

///

///

defamatory statements made by Mr. Silver. It hired attorneys, spent substantial money further attempting to clear up the confusion caused by Mr. Silver.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019 at _____Split_____, Croatia.

*Colin LeMahieu*
_____
COLIN LeMAHIEU