1  RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
   *rlapine@rmslaw.com*
2  JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
   *jherr@rmslaw.com*
3  ROSENFELD, MEYER & SUSMAN LLP
   232 North Canon Drive
4  Beverly Hills, California 90210-5302
   Telephone: (310) 858-7700
5  Facsimile:  (310) 860-2430

6  Attorneys for Plaintiffs
   NANO FOUNDATION, LTD. and
7  COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237 DDP (PJWx)<br><br>**DECLARATION OF RYAN M. LAPINE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. §425.16**<br><br>Date:   August 5, 2019<br>Time:   1:30 p.m.<br>Judge:  Hon. Stephen V. Wilson<br>Ctrm:   10A – 10th Floor |

LAW OFFICES
**ROSENFELD, MEYER & SUSMAN LLP**

520509.01

1
DECLARATION OF RYAN M. LAPINE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO STRIKE COMPLAINT

# DECLARATION OF RYAN M. LAPINE

I, RYAN M. LAPINE, declare as follows:

1. I am an attorney duly admitted to practice before this Court and, a partner at Rosenfeld, Meyer & Susman LLP ("RMS"), am counsel of record in this matter for Plaintiffs Nano Foundation, Ltd. And Colin LeMahieu ("Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this Declaration in support of Plaintiffs' Opposition To Defendant David C. Silver's Special Motion To Strike Complaint Pursuant To Cal. Code Civ. Proc. §425.16.

2. Attached hereto as Exhibit "1" is a true and correct copy of an article I retrieved on July 15, 2019 from MIT Technology Review, entitled "Explainer: What is a Blockchain?" dated April 23, 2018, from https://www.technologyreview.com/s/610833/explainer-what-is-a-blockchain/.

3. Attached hereto as Exhibit "2" is a true and correct copy of an article by Ainsley Harriot which I retrieved on July 15, 2019 from the publication "Medium," entitled, "RaiBlocks (Nano) Is Objectively The Best Pure Cryptocurrency—But Its Users Are Rather Panic Prone," dated January 31, 2018, from https://medium.com/@ainsleyh/raiblocks-is-objectively-the-best-pure-cryptocurrency-but-its-users-are-rather-panic-prone-bfa7597750c3. Therein Harriot states:

> RaiBlocks wins. RaiBlocks has zero fees and instant transactions (or as close to instant as can be achieved given the infrastructure limits of ping times and CPU power). Its phenomenal transaction throughput means it's very likely to be able to be adopted by the whole world without so much as breaking a sweat. It's infinitely scalable thanks to its block-lattice tech, something that BTC, DASH, ETH and LTC cannot claim with any validity.

Of the pure cryptocurrencies (coins like Bitcoin, Bitcoin Cash and Litecoin that operate solely as currencies) it has no equal.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019 at Beverly Hills, California.

_____
Ryan M. Lapine

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

520509.01

3

DECLARATION OF RYAN M. LAPINE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE COMPLAINT