# EXHIBIT 2


# RaiBlocks (Nano) Is Objectively The Best Pure Cryptocurrency — But Its Users Are Rather Panic Prone

 Ainsley Harriot   Follow

Jan 31, 2018 · 4 min read

While other cryptos squabble over who has the fastest confirmations or the lowest fees or whether bigger blocks are superior to The Lightning Network: RaiBlocks doesn't need to.



RaiBlocks wins. RaiBlocks has zero fees and instant transactions (or as close to instant as can be achieved given the infrastructure limits of ping times and CPU power). Its phenomenal transaction throughput means it's very likely to be able to be adopted by the whole world without so much as breaking a sweat. It's infinitely scalable thanks to its block-lattice tech, something that BTC, DASH, ETH and LTC cannot claim with any validity.

Of the pure cryptocurrencies (coins like Bitcoin, Bitcoin Cash and Litecoin that operate solely as

currencies) it has no equal.
However, there is a short-term problem. For whatever reason; RaiBlocks seems to be disproportionately owned by cryptocurrency newbies.

RaiBlocks hodlers during a 5% downswing

For some reason; RaiBlocks seems to have gained a lot of traction on Reddit. It was — for a time — impossible to browse cryptocurrency-related subreddits without seeing RaiBlocks mentioned as the coin to buy.

This seems to have had the effect of bringing in a lot of normie Redditors who were buying their first crypto during the late-December influx of people new to crypto. This is a good problem to have but it has its downsides.





A typical Mt.Gox veteran

While most people who've been into crypto for longer than 6 months think nothing of 10–20% daily swings, RaiBlocks users have proved rather less-robust. During low swings it's not unusual to see RaiBlocks users proclaiming that the sky is falling and everyone needs to sell up. This could be dismissed as FUD were it not for the fact that a cursory browse through their history reveals that they were indeed very enthusiastic about RaiBlocks in the recent past.
This has made RaiBlocks one of the most-volatile currencies to hold, even by crypto standards.

## The Problem Is Made Worse By User's Reactions To Exchanges

For a time RaiBlocks was trading on Cryptopia. For users who are unfamiliar, Cryptopia is a decent, middle-of-the-road exchange that coins often build up steam on before heading off to bigger and better exchanges.
Anyone who's used Cryptopia can tell you that they can sometimes be a little slow to process deposits and withdrawals. Though they are far from the slowest in the industry they could definitely do better.
This time they were blameless. XRB users — who were new to cryptocurrencies and had been faucet farming — deposited micro amounts far-below the minimum deposit and the minimum trade amount of 0.0005 BTC. This resulted in a backlog of support tickets with users demanding to know where their XRB was.
A small minority of RaiBlocks users could not accept this and — thinking they were being robbed — sent death-threats to the Cryptopia team. Unsurprisingly, this resulted in getting kicked out of the exchange and having to rely on one of the shittest exchanges in the history of cryptocurrencies…

## …Enter Bitfail

Bitgrail was — for a time — the only XRB game in town. It has a bad interface, very rude staff and they didn't know how to run more than one node, which meant that if it crashed, withdrawals could take days.
Although annoying; this is tolerable. What's intolerable is that they decided to suddenly block non-

EU users and force EU users to get verified without warning, promising to send non-EU users their XRB balance in Bitcoin. As you can imagine, this caused a flash crash among the already-jittery RaiBlocks community and for a time it looked like all the recent gains would be wiped out. As well as this, some Redditors took to blaming the RaiBlocks devs, even though the situation was beyond their control, as should be obvious to anyone with the slightest understanding of how the market functions.

Thankfully, support came in and XRB fully recovered over the next 24 hours. This recovery took place on KuCoin, which is actually a decent exchange and the only place I'd recommend buying for now. There's also new exchanges slowly popping up, including ones dedicated to RaiBlocks. Gradually, XRB is making its way from the buttery fingers of noobs to the iron claws of crypto veterans, but it promises to be a wild ride along the way. One thing I'm certain of, RaiBlocks deserves to be a top 10 currency, even if not all of its users appreciate what they have.

## If You Found This Blog Useful Please Consider A Tip

ETH: 0x26B6E58033Fd5C7c5705702bbd024FEA9ECb99eC

## The Best Place To Buy RaiBlocks:

### Kucoin - Bitcoin Exchange: Bitcoin, Ethereum, Litecoin, KCS

The most advanced cryptocurrency exchange to buy and sell Bitcoin, Ethereum, Litecoin, Monero, ZCash, DigitalNote…

www.kucoin.com

Bitcoin   Cryptocurrency   Crypto   Money

   1.5K claps      

---

   **WRITTEN BY**
Ainsley Harriot            Follow

---

See responses (8)