RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
rlapine@rmslaw.com
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
jherr@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone:  (310) 858-7700
Facsimile:   (310) 860-2430

Attorneys for Plaintiffs
NANO FOUNDATION, LTD. and
COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237 DDP (PJWx)<br><br>**DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. §425.16.**<br><br>Date:   August 5, 2019<br>Time:   1:30 p.m.<br>Judge:  Hon. Stephen V. Wilson<br>Ctrm:   10A - 10th Floor |

LAW OFFICES
**ROSENFELD, MEYER & SUSMAN LLP**

520588.01

1
DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO STRIKE COMPLAINT

# DECLARATION OF PETER SCOOLIDGE

I, PETER SCOOLIDGE, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I was counsel to the defendants in *Brola, et al v. Nano, et al.*, Eastern District of New York Case No. 1:18-cv-02049 (the "Brola Litigation"). My firm represents many clients involved in the cryptocurrency industry, such that I am now familiar with that industry and its stakeholders. I make this Declaration in support of Plaintiffs' Opposition To Defendant David C. Silver's Motion To Strike Complaint Pursuant to Cal. Code Civ. Proc. §425.16.

2. I have first hand knowledge of the speech Silver gave at the Blockchain Law Summit 2018 (the "Summit") entitled *Cryptocurrency, Blockchain and US Litigation - Yesterday, Today and Tomorrow* (the "Speech"). I was present at the event. Attached hereto as Exhibit "A" is a true and correct copy of that speech.

3. The Summit was a large cryptocurrency industry conference, with founders from major cryptocurrency startups in attendance, along with industry investors and scholars. I am acquainted with these individuals because of my work in the cryptocurrency field. The conference was a major cryptocurrency event that drew attendees from many organizations operating in the industry.

4. Although I have never seen Colin LeMahieu recognized on the street, by sight or by name, I have found that those who work in the cryptocurrency industry know that he developed Nano and is the chief executive of Nano Foundation, Ltd. While popular, the cryptocurrency industry is relatively small, with few public developers or executives. Some are anonymous or go by pseudonyms. LeMahieu is readily recognized and greeted at industry events and, prior to Silver's speech, developed a positive reputation within the industry.

5. By the time of the Summit, Nano's burn and the fact that its faucet were shut off was widely known.

6. Given my firm's work representing cryptocurrencies, I am intimately familiar with different scams and acts undertaken within the industry. An "exit scam" is a complex theft that occurs when the owners of a purported cryptocurrency sell all or substantially all of their holdings for top dollar. They then leave the cryptocurrency unsupported, they themselves disappear, they shut down dummy exchanges that they control on which the coin was traded, they steal for themselves some or all coins from those exchanges in so acting, they sell the cryptocurrency stolen from those exchanges on other exchanges for top dollar before the market becomes aware and can respond to their theft, and they thereby devalue those remaining, unsupported coins to next to nothing. This species of confidence trick involving massive theft and fraud is widely known in the cryptocurrency industry; the term "exit scam" is well-known to those industry insiders in attendance at the Blockchain Summit

7. Attached hereto as Exhibit B is a true and correct copy of the Settlement Agreement entered into in the Brola Litigation. In that action, Silver represented only Alex Brola, a natural person.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019 at New York, New York.

_____
PETER SCOOLIDGE