**(EXHIBIT A to the Declaration of Peter Scoolidge is provided to the Court and to counsel in video form on a physical disc.)**