# EXHIBIT B

## SETTLEMENT AGREEMENT









