RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
rlapine@rmslaw.com
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
jherr@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone:  (310) 858-7700
Facsimile:   (310) 860-2430

Attorneys for Plaintiffs
NANO FOUNDATION, LTD. and
COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID C. SILVER, an individual, <br><br> Defendant. | Case No. 2:19-cv-04237 DDP (PJWx) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. §425.16** <br><br> Date:  August 5, 2019 <br> Time:  1:30 p.m. <br> Judge: Hon. Stephen V. Wilson <br> Ctrm:  10A - 10th Floor |

# REQUEST FOR JUDICIAL NOTICE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Nano Foundation, Ltd. And Colin LeMahieu ("Plaintiffs") hereby submit this Request for Judicial Notice in support of its Opposition To Defendant David C. Silver's Special Motion To Strike Complaint Pursuant To Cal. Code Civ. Proc. §425.16 (the "Motion to Strike").

The Court may properly take judicial notice of these documents as the Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 fn. 2 (9th Cir. 2002).

Accordingly, Plaintiffs request that the Court take notice of the following:

1. Plaintiff's Notice of Voluntary Dismissal With Prejudice filed on September 28, 2018, in the matter *Alex Brola v. Nano F/K/A Raiblocks F/K/A Hieusys, LLC, et al.*, United States District Court for the Northern District of California Case No. 1:18-cv-02049-NG-RML (the "Brola Litigation"), a true and correct copy of which is attached hereto as **Exhibit 1**.

2. The Civil Docket in the matter *James Fabian v. Nano F/K/A Raiblocks F/K/A Hieusys, LLC, et al.*, United States District Court for the Northern District of California Case No. 4:19-cv-00054-YGR (the "Fabian Litigation"), a true and correct copy of which is attached hereto as **Exhibit 2**;

3. The Order Granting Motion to Dismiss filed on July 11, 2019 in the Fabian Litigation, a true and correct copy of which is attached hereto as **Exhibit 3**.

DATED: July 15, 2019

RYAN M. LAPINE, ESQ.
ROSENFELD, MEYER & SUSMAN LLP

By: _____*/s/ Ryan M. Lapine*_____
Ryan M. Lapine
Attorneys for Plaintiffs NANO FOUNDATION, LTD. and COLIN LeMAHIEU