1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237 SVW(PJWx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

After consideration of the papers and pleadings in support, and all other matters presented to the Court, and the Court having found that compelling reasons exist to grant the application, IT IS HEREBY ORDERED that Plaintiffs Colin LeMahieu and Nano Foundation, Ltd.'s ("Plaintiffs") Application for Leave to File Under Seal is GRANTED.

Plaintiffs are hereby permitted to file the full, unredacted copies of the following seven (7) documents under seal, with the publicly-filed documents redacted as follows:

| TITLE OF DOCUMENT | PORTIONS REDACTED IN PUBLIC FILING |
|---|---|
| 1. PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT | 2:18-3:4<br>3:17-25<br>4:3-16<br>4:18-5:6<br>5:14(beginning after "(*Id*. at ¶ 3.)" – 5:19<br>5:28 (beginning after "Motion." -6:12<br>6:15 (beginning after "redacting") -6:16<br>7:22-23<br>8:24-9:16<br>9:19 (beginning after "disclose that" – 9:20 (ending before "suggests")<br>9:25-10:3 (ending before "*Quadrant*")<br>10:12-13 (ending before "[A] written")<br>10:16 (beginning after "(2014)"-17 |
| 2. DECLARATION OF RYAN M. LAPINE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT | 2:17 (beginning after "acceptable") – 2:26 (ending before "He responded") |
| 3. DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF | 2:13-19 |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | **PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT** | |
| 5<br>6<br>7<br>8<br>9<br>10 | **4. EXHIBIT A TO DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT** | (Entire exhibit) |
| 11<br>12<br>13<br>14<br>15<br>16 | **5. PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16** | 7:27-8:12 (ending before "The release") |
| 17<br>18<br>19<br>20<br>21<br>22<br>23 | **6. EXHIBIT B TO DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. §425.16.** | (Entire exhibit) |

| | |
|---|---|
| **8. PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION FOR ATTORNEYS' FEES AND SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11 AGAINST: (1) PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU AND (2) RYAN M. LAPINE, ESQ., JOSHUA H. HERR, ESQ., AND PIERCE, ROSENFELD, MEYER & SUSMAN, LLP** | 1:6 (beginning after "him." – 1:8 (ending before "That release")<br>2:12-23<br>2:25-3:1 (ending before "*Sage v Hale*")<br>3:7 (beginning after "meritless") -3:10<br>3:27-28 |

IT IS SO ORDERED.

DATED:  July 16, 2019

_____
Hon. Stephen V. Wilson
United States District Court Judge

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

520591.01

3

[PROPOSED] ORDER