RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
rlapine@rmslaw.com
JOSHUA H. HERR, ESQ. (Cal. Bar No. 301775)
jherr@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

Attorneys for Plaintiffs
NANO FOUNDATION, LTD. and
COLIN LeMahieu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>DAVID C. SILVER, an individual, <br><br>Defendant. | Case No. 2:19-cv-04237 SVW (PJWx) <br><br>**PROOF OF SERVICE** |

LAW OFFICES
**ROSENFELD, MEYER & SUSMAN LLP**

520612.02

1
PROOF OF SERVICE

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 232 North Canon Drive, Beverly Hills, California 90210-5302.

    On July 16, 2019, I served on interested parties in said action the within:

    PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT [FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 16, 2019];

    DECLARATION OF RYAN M. LAPINE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT [FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 16, 2019];

    DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT [FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 16, 2019];

    EXHIBIT A TO DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION TO DISMISS COMPLAINT [FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 16, 2019];

    PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16 [FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 16, 2019];

    EXHIBIT B TO DECLARATION OF PETER SCOOLIDGE IN SUPPORT OF PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16 [FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 16, 2019]; AND

    PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU'S OPPOSITION TO DEFENDANT DAVID C. SILVER'S MOTION FOR ATTORNEYS' FEES AND SANCTIONS PURSUANT TO FEDERAL RULE OF

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

15918-001000
520612.02

2

PROOF OF SERVICE

1  CIVIL PROCEDURE 11 AGAINST: (1) PLAINTIFFS NANO FOUNDATION, LTD. AND COLIN LEMAHIEU AND (2) RYAN M.
2  LAPINE, ESQ., JOSHUA H. HERR, ESQ., AND PIERCE, ROSENFELD, MEYER & SUSMAN, LLP [FILED UNDER SEAL PURSUANT TO COURT
3  ORDER DATED JULY 16, 2019]

4  by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express
5  service carrier to receive documents, at Beverly Hills, California, a true copy of the foregoing document in sealed envelopes or packages designated by the express
6  service carrier, addressed as stated on the attached mailing list, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered
7  by said express service carrier.

8      Executed on July 16, 2019, at Beverly Hills, California.

9      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the
10 foregoing is true and correct.

11

12     DESIREE MANYWEATHER            /s/ Desiree M.
        (Type or print name)                (Signature)

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

15918-001000
520612.02

3
PROOF OF SERVICE

*NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual, v. DAVID C. SILVER, an individual,*
Case No. 2:19-cv-04237 DDP (PJWx)

| | |
|---|---|
| Brandon S. Reif, Esq.<br>REIF LAW GROUP, P.C.<br>1925 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 494-6500<br>E-Mail: BReif@ReifLawGroup.com | Attorneys for Defendant *David C. Silver* |
| F. Jason Seibert, Esq.<br>SEIBERT LAW<br>6007 Greenway Manor Lane<br>Spring, Texas 77373<br>Telephone: (971) 235-5764<br>E-Mail: Jason@seibert-law.com | |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

15918-001000
520612.02

4
PROOF OF SERVICE