Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

F. Jason Seibert, Esq. (*Pro Hac Vice application forthcoming*)
E-Mail: Jason@seibert-law.com
**SEIBERT LAW**
6007 Greenway Manor Lane
Spring, Texas 77373
Telephone: (971) 235-5764

*Attorneys for Defendant David C. Silver*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and<br>COLIN LeMAHIEU, an individual;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID C. SILVER, an individual;<br><br>　　　　Defendant. | Case No. 2:19-cv-04237 DDP (PJWx)<br><br>**Declaration of David C. Silver** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### Civil Action No. 2:19-cv-04237-SVW-PJW

NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual

    Plaintiffs,

v.

DAVID C. SILVER, an individual;

    Defendant.

_____/

### DECLARATION OF DAVID C. SILVER

Pursuant to 28 U.S.C. § 1746, I, DAVID C. SILVER, declare and affirm the following:

1. My name is David C. Silver. I am more than 21-years-old and make this Declaration based upon my personal knowledge and review of the relevant documents.

2. I am the named defendant in the above-captioned lawsuit.

3. To this Declaration, I have attached as **Exhibit "A"** a true and correct copy of the transcript of my statements at the May 24, 2018 Blockchain Law Summit in Los Angeles, California relating to NANO and COLIN LeMAHIEU. The portions omitted from Plaintiffs' Complaint are highlighted in yellow.

4. To this Declaration, I have attached as **Exhibit "B"** a true and correct copy of a document published on NANO's website called "Press Kit 2019." In that document, NANO claims that it "aims to become a global currency," that its Nano currency has "global popularity and acceptance," and that it has "700 Representative Nodes Online Around the World."

(1)

(2) **VERIFICATION**

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I have read the foregoing Declaration and know the contents thereof, and that the matters contained in the Declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

                                                    /s/ David C. Silver
                                                  DAVID C. SILVER

DATED this __22nd__ day of July 2019.

*What's another lawsuit we were doing? Nano, I forgot about Nano. Nano is one my favorites. Actually, some of the legal writers have become more famous for talking about my Nano case and got them more publicity than I have. Nano was a coin. Unlike everybody else, the Nano team has told everyone who they are. What are we doing? There is 150 million dollars hacked from an exchange in Italy. My clients lost 150 million, my clients are actually out of pocket about 35 million, but Nano was a little different.* Nano is not really a real coin. They claim to be a real coin, but what couldn't get any recognition in the United States. Coinbase, Kraken, Poloniex, Bitfinex, Gemini, no one is willing to put them on their exchange.

Why? Because they were an alternative coin and they weren't really a real coin. *What did they do?* They tell their customers, "If you really believe in Nano, go to the small exchange in Italy that we don't know anybody and we have nothing to do *with*, but we completely vouch for him. He's running a legitimate exchange, we're going to give him the Nano, he's going to give us money every time he sells a Nano. He's going to take half, we're going to take half. We're going to get rich and then one day there's going to be an exit scam and you're going to be out of $150 million."

*Now, what do we do? We turned around, we sued the developers of Nano. Why?* When they were asked to fix the problem and fork it, their response was, "It's against our ethos." *Let me tell you about people's ethos in this space. People's ethos in this space may have started out with the best of intentions, but the path to hell was paved with good intentions.* I don't care where your ethos is. You live in the United States of America, there are laws here, those laws will be followed. We are now in federal court. When they tell the judge, "Well, we don't want to give back the money," a federal court judge is going to say, "Well, if you want to stay here and you don't want to go to jail, you're going to give back the money."

*         *         *

Nano, the CEO and the head guy at Nano who holds 90% of Nano, at like $15 it was worth 1.4 billion. I think it's down to like $4, so I think it's only worth like $400 million now. He got divorced from his wife last year. He decided that he was ready, he deserved better because he's now rich. She took all the money. In the financial affidavit, they've argued about how much a Nano was worth and what a Nano was. I will tell you this, he said it had value. He said he believed it was going up and he believed there was a security because he put it on his security side of the affidavit.

**EXHIBIT "A"**



# NANO

**EXHIBIT "B"**

**Press Kit 2019**

Dear Reader,

Thank you for your interest in Nano. Widely renowned as one of the most innovative digital currencies, Nano aims to become a global currency with ultrafast transactions and zero fees over a secure, decentralized network.

The Nano protocol is developed by the Nano Foundation, a non-profit software development organization. The core team, alongside the community, are driven to see true change happen in the realm of global financial transactions. As an open-source project, we are all driven to collaborate and help further the technological benefits that the Nano platform can achieve.

For all inquiries and official Nano Foundation team statements, please contact;

Andy Johnson, Communications Manager,
press@nano.org

Thank you,

The Nano Foundation.



## Table of Contents

Overview

Objectives

Stats



# Overview

## What is Nano?

Nano is a cryptocurrency developed to solve three problems identified in typical cryptocurrency transactions: (1) lengthy transaction times, (2) unnecessary transaction costs and (3) inefficient use of energy.

Nano solves problems of slow transactions and cost by employing a novel block-lattice data structure, wherein each user account possesses its own block-chain. The user account's blockchain keeps track of their account's entire transaction and balance history.

Instead of powerful computers being required to add a discrete number of transactions to a single, bulky blockchain, the Nano architecture requires only the sender and receiver to communicate and update their respective block-chains to complete a transaction. Individual blockchains may thus be updated asynchronously, which permits the Nano network to achieve near instantaneous transaction speed and unlimited scalability (maximum throughput is based on hardware capabilities) without sacrificing security.

The only cost of a Nano transaction is a small proof of work, which uses less than 0.002 cents worth of electricity, and Nano transactions take, on average, less than a second to complete.



Proof of Stake:

*Example: A discrepancy has occurred. Which transaction is valid, 1 or 2?*



Each Nano transaction sent or received is also broadcast to the entire network and recorded in historical ledgers ("unpruned ledgers"). Account holders who wish to do so (typically larger market participants) may keep a copy of unpruned ledgers, which keep track of all user accounts' transactions and balance histories. If a malicious actor causes a conflict to arise in an individual account (i.e. two new blocks referencing the same previous block in a block-chain), the conflict is automatically resolved by the Nano network.

The network resolves the conflict by asking active nodes on the network which block they saw first. As Nano uses a Open Representative Voting (ORV) form of consensus, the nodes answer through balance-weighted voting equal to the amount of Nano they possess or has been delegated to them by users. Account holders may choose to assign their votes to a representative so that their votes may be cast when they are offline. The winning transaction is kept and the losing transaction is rejected. This voting process occurs in a matter of seconds.



# Overview Continued

## Nano's Origins: No ICO

Nano was launched on October 4, 2015 by Colin LeMahieu, a computer engineer at Qualcomm, as a personal project. At the time, it was called RaiBlocks with "XRB" as its ticker.

To make sure the currency was distributed fairly and as organically as possible, LeMahieu implemented a "faucet" distribution system. Users solved complex CAPTCHA tests and upon completion were rewarded Nano. There was no initial coin offering nor was any Nano developer or team member engaged in driving speculation.

The developers of Nano did not reserve any amount of coins for themselves prior to the initiation of the CAPTCHA-based faucet distribution system. Rather, those completing the CAPTCHA tests were provided with an optional "donation" checkbox where they could donate part of their awarded Nano to the developer fund.

In March 2017, Nano was traded publicly for the first time on a cryptocurrency exchange. On October 20, 2017, the last Nano was distributed via the CAPT-CHA system and a decision was made to close the "faucet", resulting in 133,248,289 Nano in circulation, 7,000,000 of which were assigned to a development fund, and 205,676,479 being sent to an inaccessible burn address.

The developer fund currently holds approximately 3 million Nano. In December 2017, Colin began working full-time on the Nano project.

*The CAPTCHA Faucet System:*





## Who is the Nano Foundation?

No corporation or individual owns the Nano currency. It is open source and any person at any time may copy the technology, use it or contribute to the project.

The Nano Foundation is a non-profit software development organization whose aim is to make money more efficient for a more equal world. It supports the work of the core protocol developers and dedicated community members towards establishing Nano as a global digital currency.

Nano's core team can be found at Nano.org.

**The Nano Community Online:**

| Twitter Followers | Telegram Community | Reddit Community |
|---|---|---|
| 100K | 15K | 40K |
| @nano | t.me/raiblocks | r/nanocurrency |




# Objectives

As Nano was created with the sole function of being a currency, the Nano team is focused on building to this goal. We believe that increasing **adoption**, developing support **applications**, and fine tuning the **protocol** are key.

## Adoption

In keeping with Nano Foundation's initial priority of fostering adoption and use of Nano currency, integration on exchanges has been a primary objective in the short term. The team is also seeking out unique use cases where users could benefit from adopting Nano immediately, as well as producing materials to educate users.

### Some of the Current Exchanges and Services Listing Nano

| | | | |
|---|---|---|---|
| Binance | Kucoin | CoinGate | OKex |
| Houbi | Wirex | Gate.io | RightBTC |

## Protocol

The Nano development team is constantly looking for ways to improve upon the performance of the Nano protocol. This involves ledger pruning, vote distribution, and security audits.

**Ledger Pruning** — With the recent Universal Blocks upgrade, ledger pruning allows for a much smaller local database size by "pruning" off blocks other than the frontier.

**Vote Distribution** — Decentralization of the Nano network is key to for its utilization on a global scale. Increasing the amount of nodes and representatives is key for this to take place.

**Security Audit** — The Nano Foundation will recruit experts in consensus algorithms, cryptography, and computer science to conduct audits on the Nano protocol at important milestones in development.

## Applications

The Nano team has been hard at work developing solutions to help proliferation and ease of use.



### Mobile & Desktop Wallets

Allows for bootstrap process under 30 minutes on desktop (instantaneous on mobile light wallets)

A secure experience for sharing accounts across multiple devices



### Hardware Wallets

Ledger Nano S wallet provides secure offline storage

Jolt wallet being developed to provide a hardware wallet for ~$35

Nano team is working with industry leaders to provide multiple hardware solutions for the community.



### Point of Sale

Nano "Plug & Pay" Point-of-Sale Platform for vendor & mobile terminals enters alpha testing

Developing turn-key merchant point-of-sale solutions. A multi-focused approach targeting vendors of every level from mobile to brick-and-mortar will be uniquely catered to.



# Stats

## Supply



Circulating  **133,248,297 NANO**

Max  **133,248,297 NANO**

## Statistics



**Power Cost Per Transaction**   **0.112** Wh



**Transaction Speed**   **~1 sec**



**Consensus Model**   **Open Representative Voting**

## Nodes & Representatives



Nodes are the engines that drive the Nano network. Nano's global popularity and acceptance can be measured as more nodes come online around the world.

**700**  Representative Nodes Online Around the World

**70**  Online Principal Representatives

*(Data as of June 2019)*



Case No. 2:19-cv-04237 DDP (PJWx)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on 22 day of July 2019, by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **RYAN M. LAPINE, ESQ. and JOSHUA H. HERR, ESQ.**, PIERCE ROSENFELD, MEYER & SUSSMAN, LLP, *Counsel for Plaintiffs*, 232 North Canon Drive, Beverly Hills, CA 90210-5302; E-mail: RLapine@rmslaw.com; JHerr@rmslaw.com.

          /s/   Brandon S. Reif
          BRANDON S. REIF