# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual<br><br>Plaintiff(s)<br>v.<br>DAVID C. SILVER, an individual<br><br>Defendant(s). | CASE NUMBER<br>2:19-cv-04237-SVW-PJW<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

F. Jason Seibert
*Applicant's Name (Last Name, First Name & Middle Initial)*
(971) 235-5764
*Telephone Number*    *Fax Number*
Jason@seibert-law.com
*E-Mail Address*

of

SEIBERT LAW
6007 Greenway Manor Lane
Spring, Texas 77373
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David C. Silver

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Brandon S. Reif
*Designee's Name (Last Name, First Name & Middle Initial)*
214706        (310) 494-6500
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
BReif@ReifLawGroup.com
*E-Mail Address*

of

REIF LAW GROUP, P.C.
1925 Century Park East - Suite 1700
Los Angeles, California 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☒ because   Counsel is currently suspended with the Oregon State Bar as of July 18, 2019.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 22, 2019**

*[signature]*
STEPHEN V. WILSON, U.S. District Judge