Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

F. Jason Seibert, Esq. (*Pro Hac Vice application forthcoming*)
E-Mail: Jason@seibert-law.com
**SEIBERT LAW**
6007 Greenway Manor Lane
Spring, Texas 77373
Telephone: (971) 235-5764

*Attorneys for Defendant David C. Silver*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and<br>COLIN LEMAHIEU, an individual;<br><br>       Plaintiffs,<br><br>  v.<br><br>DAVID C. SILVER, an individual;<br><br>       Defendant. | Case No. 2:19-cv-04237-SVW-PJW<br><br>**DEFENDANT DAVID C. SILVER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16**<br><br>Date:   August 5, 2019<br>Time:   1:30 p.m.<br>Judge:  Hon. Stephen V. Wilson<br>Crtrm:  10A - 10th Floor |

Case No. 2:19-cv-04237-SVW-PJW

# REQUEST FOR JUDICIAL NOTICE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant DAVID C. SILVER ("Defendant") hereby submits this Request for Judicial Notice in support of his Special Motion to Strike Complaint pursuant to Cal. Code Civ. Proc. §425.16.

The Court may properly take judicial notice of this document, as the Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007), quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 fn. 2 (9th Cir. 2002). *See also*, *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (explaining that courts may take judicial notice of "documents on file in federal or state courts"); *Committee to Protect our Agricultural Water v. Occidental Oil and Gas Corp.*, 235 F.Supp.2d 1132, 1152 (E.D. Cal. 2017) (taking judicial notice of the existence of Complaints, and the allegations presented therein, from related lawsuits).

Accordingly, Defendant requests that the Court take notice of the following:

1. The First Amended Class Action Complaint filed on July 25, 2019 in the matter styled *Fabian v. Nano, et al.*, U.S. District Court - N.D. Cal. - Case No.: 4-19-cv-00054-YRG (the "Second NANO Lawsuit"), a true and correct copy of which is attached hereto as **Exhibit "A"**.

Respectfully submitted,

By: /s/ Brandon S. Reif
Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500

F. Jason Seibert, Esq.
 (*Pro Hac Vice application forthcoming*)
E-Mail: Jason@seibert-law.com
**SEIBERT LAW**
6007 Greenway Manor Lane
Spring, Texas 77373
Telephone: (971) 235-5764

*Attorneys for Defendant David C. Silver*

Case No. 2:19-cv-04237-SVW-PJW

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __26th__ day of July 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **RYAN M. LAPINE, ESQ. and JOSHUA H. HERR, ESQ.**, PIERCE ROSENFELD, MEYER & SUSSMAN, LLP, *Counsel for Plaintiffs*, 232 North Canon Drive, Beverly Hills, CA 90210-5302; E-mail: RLapine@rmslaw.com; JHerr@rmslaw.com.

　　　　　　　　　　　　　　　　　　　*/s/ Brandon S. Reif*
　　　　　　　　　　　　　　　　　　　BRANDON S. REIF