Name and address:
Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
REIF LAW GROUP, P.C.
1925 Century Park East - Suite 1700
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID C. SILVER, an individual<br><br>Defendant(s), | CASE NUMBER<br><br>2:19-cv-04237-SVW-PJW<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $400 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

F. Jason Seibert
*Applicant's Name (Last Name, First Name & Middle Initial)*                     check here if federal government attorney ☐

Seibert Law
*Firm/Agency Name*

6007 Greenway Manor Lane                 (971) 235-5764
                                          *Telephone Number*                      *Fax Number*
*Street Address*

Spring, Texas 77373                                           Jason@seibert-law.com
*City, State, Zip Code*                                        *E-mail Address*

**I have been retained to represent the following parties:**

David C. Silver                               ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
                                              ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Oregon State Bar | October 8, 2009 | Yes |
| **SEE ADDITIONAL INFORMATION IN SECTION IV** | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:19-cv-04237-SVW | Nano Foundation, Ltd., et al. v. David C. Silver | 7/18/2019 | Denied |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

> On July 18, 2019, I applied for admission pro hac vice to this Court in the above-referenced matter. At the time my application was submitted, I was in good standing with the Oregon State Bar.
>
> Between the time my application was submitted and the time this Court considered my application (merely a few hours' time), the Oregon State Bar changed my status to "Suspended - Non-Disciplinary" as a result of some confusion as to whether my most recent payment to the Oregon State Bar's Professional Liability Fund was dilatory or whether I am exempt from making such payment. I quickly conferred with the Oregon State Bar about the matter, got the issue remedied in short order, and my status returned to "Good Standing" within about one business day. Unfortunately, the Court had reviewed and denied my application during the narrow window of time in which the confusion existed.

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  July 29, 2019

F. Jason Seibert
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Brandon S. Reif
*Designee's Name (Last Name, First Name & Middle Initial)*

Reif Law Group, P.C.
*Firm/Agency Name*

1925 Century Park East
Suite 1700
*Street Address*

Los Angeles, California 90067
*City, State, Zip Code*

(310) 494-6500
*Telephone Number*     *Fax Number*

BReif@ReifLawGroup.com
*E-mail Address*

214706
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated   July 29, 2019

Brandon S. Reif
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional state and federal courts (including appellate courts) to which the applicant has been admitted:

NAME OF COURT: United States District Court for the District of Oregon
DATE OF ADMISSION: 2010
ACTIVE MEMBER IN GOOD STANDING? Yes

NAME OF COURT: United States Court of Appeals for the Ninth Circuit
DATE OF ADMISSION: 2012
ACTIVE MEMBER IN GOOD STANDING? Yes

NAME OF COURT: United States District Court for the Eastern District of Texas
DATE OF ADMISSION: 2014
ACTIVE MEMBER IN GOOD STANDING? Yes

NAME OF COURT: United States District Court for the District of Columbia
DATE OF ADMISSION: March 2, 2015
ACTIVE MEMBER IN GOOD STANDING? Provisional member.  Membership lapsed for lack of renewal.

NAME OF COURT: United States District Court for the Northern District of Texas
DATE OF ADMISSION: January 24, 2017
ACTIVE MEMBER IN GOOD STANDING? Yes



# Oregon State Bar

## Certificate

State of Oregon        )
                       ) ss.
County of Washington   )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**FRANKLIN JASON SEIBERT**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 8, 2009.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Seibert is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 25th day of July, 2019.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222 or (800) 452-8260   fax (503) 684-1366                    www.osbar.org