Brandon S. Reif, Esq. (State Bar No. 214706)
E-Mail: BReif@ReifLawGroup.com
**REIF LAW GROUP, P.C.**
1925 Century Park East - Suite 1700
Los Angeles, California 90067
Telephone: (310) 494-6500


FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual<br><br>Plaintiff(s)<br>v.<br>DAVID C. SILVER, an individual<br><br>Defendant(s). | CASE NUMBER<br>2:19-cv-04237-SVW-PJW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

F. Jason Seibert                                   of   **SEIBERT LAW**
*Applicant's Name (Last Name, First Name & Middle Initial)*         6007 Greenway Manor Lane
(971) 235-5764                                          Spring, Texas 77373
*Telephone Number*     *Fax Number*
Jason@seibert-law.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

David C. Silver

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

and designating as Local Counsel

Brandon S. Reif                                    of   **REIF LAW GROUP, P.C.**
*Designee's Name (Last Name, First Name & Middle Initial)*          1925 Century Park East - Suite 1700
214706              (310) 494-6500                      Los Angeles, California 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
BReif@ReifLawGroup.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.
       7/30/19                          _____
                                        U.S. District Judge/~~U.S. Magistrate Judge~~