UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-04237-SVW-PJW | Date | August 12, 2019 |
|---|---|---|---|
| Title | Nano Foundation, Ltd., et al v. David C. Silver | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ryan M. Lapine | Jason Seibert |
| | Lisa Foutch |

**Proceedings:**   [15]Motion to Dismiss Complaint filed by Defendant;
[17] MOTION to Strike Complaint Pursuant to Cal. Code Civil Proc. § 425.16 Complaint filed by Attorney for Defendant;
[18] MOTION for Sanctions Pursuant to Federal Rule of Civil Procedure 11 Against: (1) Plaintiffs Nano Foundation, LTD. and Colin LeMahieu and (2) Ryan M. Lapine, Esq., Joshua H. Herr, Esq., and Pierce, Rosenfed, Meyer & Sussman, LLP filed by Attorney for Defendant

Hearing held.  The motions are submitted.  Order to issue.

|  | : | 28 |
|---|---|---|
| | Initials of Preparer | PMC |