# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-4237 SVW (PJWx) | Date | September 17, 2019 |
| Title | Nano Foundation, Ltd. v. David C. Silver | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | XTR 9/17/2019 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Joshua Herr | Brandon Reif |
| Ryan Lapine | Jason Seibert |

**Proceedings:**     **ORDER RE: TELEPHONE CONFERENCE**

The Court conferred with the parties regarding the status of the case. After the case has been fully consented, the parties will submit a joint report.

                                                                                                    :  25

Initials of Preparer                    vp