UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-4237 MRW | Date | October 4, 2019 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER RE: JOINT STATUS REPORT

    1.    This case was recently reassigned to Magistrate Judge Wilner for all purposes. (Docket # 51.) Based on the recent telephone discussion with the parties, all previously ordered dates and deadlines in the action are VACATED.

    2.    And the new ones will be. . ., well, what will they be? Again, as we discussed, the parties are directed to jointly propose a schedule for the action that takes into account potential early motion practice. This should incorporate the topics required under Local Rule 26 and FRCP 26. Please submit this by October 25.

    3.    After the Court reviews the parties' submission, it will set the matter for a hearing / call or issue an appropriate order.