Bridget B. Hirsch, Esq. (State Bar No. 257015)
E-Mail: bhirsch@andersonkill.com
**ANDERSON KILL CALIFORNIA L.L.P.**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 943-1444
Fax: (212) 278-1733

*Attorney for Defendant/ Counter-Plaintiff*
*David C. Silver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LEMAHIEU, an individual<br><br>Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant/Counter-Plaintiff. | Case No.: 2:19-CV-04237-SVW-PJW<br><br>Assigned to Hon. Michael R. Wilner<br><br>**DEFENDANT/COUNTER-PLAINTIFF DAVID C. SILVER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) AND 41(c)** |

1   PLEASE TAKE NOTICE that Defendant/Counter-Plaintiff DAVID C. SILVER hereby voluntarily dismisses without prejudice Counts I and II of his counterclaim [Doc # 47] pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c). Plaintiffs/Counter-Defendants have neither answered the counterclaim nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 8, 2019                     Respectfully Submitted,

                                           By:   /s/ Bridget B. Hirsch
                                               Bridget B. Hirsch, Esq.
                                               (State Bar No. 257015)
                                               E-Mail: bhirsch@andersonkill.com
                                               **ANDERSON KILL CALIFORNIA L.L.P.**
                                               355 South Grand Avenue
                                               Los Angeles, CA 90071
                                               Telephone: (213) 943-1444
                                               Fax: (212) 278-1733