Bridget Byrnes Hirsch, State Bar No. 257015
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LEMAHIEU, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-CV-04237-SVW-PJW<br><br>---<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Palley, Stephen D

*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 416-6552           (202) 416-6555

*Telephone Number*          *Fax Number*

spalley@andersonkill.com

*E-Mail Address*

of

Anderson Kill, P.C.
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David C. Silver

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Hirsch, Bridget B.

*Designee's Name (Last Name, First Name & Middle Initial*

257015          (213) 943-1444          (212) 278-1733

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

bhirsch@andersonkill.com

*E-Mail Address*

of

Anderson Kill California, L.L.P.
Wells Fargo Plaza
355 Grand Street, Suite 2450
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**