Bridget Byrnes Hirsch, State Bar No. 257015
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LEMAHIEU, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-CV-04237-MRW<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Palley, Stephen D — *Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 416-6552 — *Telephone Number*
(202) 416-6555 — *Fax Number*
spalley@andersonkill.com — *E-Mail Address*

of Anderson Kill, P.C.
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

David C. Silver

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Hirsch, Bridget B. — *Designee's Name (Last Name, First Name & Middle Initial)*
257015 — *Designee's Cal. Bar No.*
(213) 943-1444 — *Telephone Number*
(212) 278-1733 — *Fax Number*
bhirsch@andersonkill.com — *E-Mail Address*

of Anderson Kill California, L.L.P.
Wells Fargo Plaza
355 Grand Street, Suite 2450
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: October 25, 2019

Michael R. Wilner, U.S. Magistrate Judge

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1