# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-4237 MRW | Date | October 25, 2019 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**   ORDER RE: CASE MANAGEMENT CONFERENCE

1.   The Court reviewed the parties' thoughtful Rule 26 report. You can assume that the jointly proposed case dates are roughly OK with me. The parties have a green light to exchange initial disclosures and commence discovery as appropriate.

2.   The Court sets the matter for a case management conference on Friday, November 15, at 9:30 a.m. Given how productive we were in our last discussion, its fine with me if any of the lawyers (local or from NYC) would prefer to attend by phone or in person – just confirm your plans in advance with Ms. Piper. However, a Rule 16 conference makes sense given the new representation in the case.

3.   Note – I take a deep interest in your plans for discovery and settlement. Please be prepared to explain what you hope to accomplish and when, especially with the rather tight timeframe that the parties wish to impose on themselves.