UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4237 MRW | Date | November 15, 2019 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Veronica Piper | CS 11/15/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| Ryan Lapine | Stephen Palley / Bridget Hirsch (Appeared by Telephone) |

**Proceedings:**   **SCHEDULING ORDER**

1. The Court conducted a case management conference in this civil action today. The Court essentially adopted the schedule that the parties jointly recommended in their Rule 26 submission with minor changes:

| Event | Date |
|---|---|
| Fact Discovery to be Completed | February 28, 2020 |
| Expert Disclosure Produced | March 27, 2020 |
| Rebuttal Disclosure Produced | April 10, 2020 |
| Expert Discovery Concluded | April 24, 2020 |
| ADR Completed | March 6, 2020 |
| Last Day for Summary Judgment Motions to Be Heard | April 15, 2020 |
| Filing of PTC Order, Jury Instructions (joint and disputed), and Other Trial Documents | May 13, 2020 |
| Pretrial Conference and Hearing on Pretrial Motions | May 20, 2020, at 9:30 a.m. |
| Trial | June 15, 2020, at 9:00 a.m. |

2. Additionally, the Court will conduct a "half-time" telephonic status conference with the parties on February 5, 2020, at 9:30 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-4237 MRW | Date | November 15, 2019 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

    3.    Finally, the Court authorizes the parties to request a conference with Judge Wilner before moving for an order relating to discovery. (Fed. R. Civ. P. 16(b)(3)(v).) The party seeking such a conference may send an e-mail request to MRW_chambers@cacd.uscourts.gov. The request must: (a) include a one- or two-line summary of the discovery dispute; (b) indicate that the parties have been unable to resolve the dispute informally; and (c) copy all parties on the e-mail. **N.B.** – Each party will likely have the opportunity to use this informal procedure one time during this action. The parties are further advised that any contested discovery motion must be filed and heard before the close of the relevant (fact or expert) discovery period set forth above.

    4.    In the alternative, as discussed at the hearing, the parties may simultaneously file _short_ briefs (NTE five pages – L.R. 37 waived) and request an expedited conference call with Judge Wilner to discuss pending discovery disputes.

    5.    The parties are advised to periodically review the Court's website (www.cacd.uscourts.gov) for online updates to Judge Wilner's pretrial and trial procedures.

: 50
Initials of Preparer: vp