UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nano Foundation, Ltd., et al.,<br>Plaintiff(s)<br>v.<br>David C. Silver,<br>Defendant(s) | CASE NUMBER<br>CV 19-4237 MRW<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

David Silver        ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Bridget Byrnes Hirsch  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

355 S. Grand Avenue, Suite 2450
*Street Address*

Los Angeles, CA  90071                bridget@byrneshirsch.com
*City, State, Zip*                    *E-Mail Address*

(213) 943-1444        (212) 278-1733        214706
*Telephone Number*     *Fax Number*          *State Bar Number*

as attorney of record instead of  Brandon Scott Reif
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 18, 2019

*[signature]*
Michael R. Wilner, U.S. Magistrate Judge

G–01 ORDER (09/17)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY