Bridget B. Hirsch, Esq. (State Bar No. 257015)
E-Mail: bhirsch@andersonkill.com
**ANDERSON KILL CALIFORNIA L.L.P.**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 943-1444

Stephen D. Palley, Esq. (*pro hac vice*)
*spalley@andersonkill.com*
**ANDERSON KILL L.L.P.**
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone: (202) 416-6500
Facsimile: (202) 416-6555

*Attorneys for Defendant David C. Silver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LEMAHIEU, an individual<br><br>Plaintiffs<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case no.: 2:19-cv-04237-SVW-PJW<br>Hon. Michael R. Wilner<br><br>**NOTICE OF MOTION BY DEFENDANT DAVID C. SILVER FOR A STAY OF THIS CASE**<br><br>Date Action Filed: May 15, 2019<br><br>**Hearing Date: January 8, 2020**<br>**Hearing Time: 9:30 a.m.**<br>**Courtroom: 550** |

**NOTICE OF MOTION BY DEFENDANT DAVID C. SILVER FOR A STAY OF THIS CASE**

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **Wednesday, January 8, 2020, at 9:30 a.m.**, or as soon thereafter as may be heard in the Courtroom of the Honorable Judge Michael R. Wilner of the United States District Court for the Central District of California, located at Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA, 90012, Courtroom 550, 5th Floor, Defendant DAVID C. SILVER, by and through undersigned counsel, shall and hereby does move the Court for an Order staying this case docket until such time as there is a final judgment (and all appeals have been exhausted) in the Second Nano Class Action Lawsuit.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in support the Motion submitted herewith; the concurrently filed Declaration of David C. Silver; all papers and pleadings on file in the action; any reply papers; and any oral argument or other evidence that the Court may entertain at the hearing on this Motion.

This motion is made after (1) discussion of the same during the Rule 16 conference among the parties and with the Court on November 15, 2019 and (2) conferring with opposing counsel on November 25, 2019, who does not consent to the relief requested herein.

Dated: November 26, 2019            Respectfully Submitted,

By: /s/ Bridget B. Hirsch
Bridget B. Hirsch, Esq. (State Bar No. 257015)
E-Mail: bhirsch@andersonkill.com
**ANDERSON KILL CALIFORNIA L.L.P.**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 943-1444

**ANDERSON KILL CALIFORNIA L.L.P.**
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

**NOTICE OF MOTION BY DEFENDANT DAVID C. SILVER FOR A STAY OF THIS CASE**

2

Stephen D. Palley, Esq. (*pro hac vice*)
*spalley@andersonkill.com*
**ANDERSON KILL L.L.P.**
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone: (202) 416-6500
Facsimile: (202) 416-6555

<u>Certificate of Service</u>

I certify that a copy of the above and forgoing was served on November 26, 2019 by means of the Court's ECF service to **RYAN M. LAPINE, ESQ. and JOSHUA H. HERR, ESQ.**, DIAMOND MCCARTHY LLP, *Counsel for Plaintiffs*, 333 S. Hope St., 18th Floor, Los Angeles, CA 90071; E-mail:ryan.lapine@diamondmccarthy.com; joshua.herr@diamondmccarthy.com.

By: /s/ Stephen D. Palley

**ANDERSON KILL CALIFORNIA L.L.P.**
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

**NOTICE OF MOTION BY DEFENDANT DAVID C. SILVER FOR A STAY OF THIS CASE**