Bridget B. Hirsch, Esq. (State Bar No. 257015)
E-Mail: bhirsch@andersonkill.com
**ANDERSON KILL CALIFORNIA L.L.P.**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 943-1444

Stephen D. Palley, Esq. (*pro hac vice*)
*spalley@andersonkill.com*
**ANDERSON KILL L.L.P.**
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone: (202) 416-6500
Facsimile: (202) 416-6555

*Attorneys for Defendant David C. Silver*

**ANDERSON KILL CALIFORNIA L.L.P.**
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LEMAHIEU, an individual

Plaintiffs

vs.

DAVID C. SILVER, an individual,

Defendant.

Case no.: 2:19-cv-04237-SVW-PJW
Hon. Michael R. Wilner

**[PROPOSED] ORDER ON DEFENDANT DAVID C. SILVER'S MOTION TO STAY**

ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

After due consideration of the papers and pleadings submitted by the parties, IT IS HEREBY ORDERED that Defendant David C. Silver's Motion to Stay is **Granted**.

This case shall be placed on the Court's inactive docket until such time as there is a final judgment (and all appeals have been exhausted) in *Fabian v. Nano et al.,* N.D. Cal., Case No. 2:19-cv-04327-SVW-PJW ("the Fabian case"). The parties shall advise the Court within five (5) calendar days of the final resolution of the Fabian case, whether by final judgement and exhaustion of appeals or otherwise.

IT IS SO ORDERED.

Dated:____________________

____________________________________
Hon. Michael R. Wilner
United States District Judge