1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237-SVW-PJW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND HIS COMPLAINT PURSUANT TO RULE 15(A)(2)**<br><br>Assigned For All Purposes To The Hon. Michael R. Wilner |

[PROPOSED] ORDER

**[PROPOSED [ORDER**

The Court having considered the papers submitted by plaintiff Colin LeMahieu in support of his Motion for Leave to Amend His Complaint Pursuant to Rule 15(A)(2) (the "Motion"), and all papers, if any, submitted by Defendant David Silver and argument of counsel, if any, in support of or in opposition to the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED. LeMahieu may file his First Amended Complaint within five (5) days of service of this order.

IT IS SO ORDERED.

Dated:_____ _____
Hon. Michael R. Wilner