UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-4237 MRW | Date | January 2, 2020 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER RE: HEARING ON STAY MOTION

    1.    In mid-December, Plaintiffs moved to drastically amend the complaint in this civil action. (Docket # 69, 70.) The proposed new complaint appears to focus only on Mr. Silver's alleged divorce-related statement, and to withdraw the Nano Foundation from several of the causes of action. (Docket # 70-2.)

    2.    The motions to amend the complaint and to dismiss aspects of the initial complaint were set for hearing on January 22. Per Local Rule 7-9, any oppositions to the motions were due by December 31 (last business day before January 1 court holiday, opposition due "not later than twenty-one days before the date designated for the hearing").

    3.    The defense filed no timely opposition. As a result, the Court concludes that Plaintiffs' motions are unopposed and that Defendant consents to the relief requested. L.R. 7-12. Both motions are GRANTED without hearing or further proceeding.

    4.    Where does that leave the pending request for a stay? No clue. The Court previously asked the parties to discuss the status of the case and to inform me about what's going on. (Docket # 71.) But I haven't gotten anything – no update on the state of the pleadings, no reply brief in support of the motion, nothing.

    5.    Let's do this. The January 8 hearing on the (possibly outdated or superseded) stay motion is VACATED. Instead, the parties will appear for a telephone conference to discuss the status and future of the action. If Defendant still believes that the slender divorce-comment case needs to be stayed until the end of the Northern District action, we can discuss a schedule for supplemental briefing.

    6.    And if, as suggested at a recent hearing, settlement of the claims might now be more appropriate, we can discuss timing and procedures for that, too. I'd be happy to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4237 MRW | Date | January 2, 2020 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

allow the parties to promptly negotiate a resolution on their own, or visit a private mediator, a volunteer from the Court's ADR panel, or any of the other magistrate judges in our district to facilitate the process.