# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-4237 MRW | Date | January 8, 2020 |
|---|---|---|---|
| Title | Nano Foundation v. Silver | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Veronica Piper | CS 1/8/2020 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| Ryan Lapine | Stephen Palley |
| | Bridget Hirsch |

**Proceedings:**   ORDER RE: MOTION TO STAY

    1.    Per our discussion at the recent status conference, Defendant will have until noon on January 17 to supplement the motion to stay the Los Angeles action. Page limit = 10 pages. Plaintiffs' response will be due by noon on January 24, with the same page limit.

    2.    The Court will hold a hearing on January 29 at 9:30. The lawyers may contact Ms. Piper to arrange for telephone availability.

: 20
Initials of Preparer : vp