Bridget B. Hirsch, Esq. (State Bar No. 257015)
E-Mail: bhirsch@andersonkill.com
**ANDERSON KILL CALIFORNIA L.L.P.**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 943-1444

Stephen D. Palley, Esq. (*pro hac vice*)
*spalley@andersonkill.com*
**ANDERSON KILL L.L.P.**
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC  20006
Telephone:  (202) 416-6500
Facsimile:   (202) 416-6555

*Attorneys for Defendant David C. Silver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN LEMAHIEU, an individual<br><br>Plaintiff<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No.: 2:19-CV-04237-SVW-PJW<br><br>Assigned to Hon. Michael R. Wilner<br><br>**MEMORANDUM TO COURT WITHDRAWING MOTION TO STAY OF DEFENDANT DAVID C. SILVER** |

1

In light of the recently approved Amended Complaint and dismissal by and of the Nano Foundation, Defendant David C. Silver, by counsel, withdraws the Motion to Stay [Doc. #67] previously filed in this case. Defendant respectfully states that the briefing schedule and oral argument set forth in the Court's June 8, 2020 Order [Doc. #84] are no longer necessary and may be vacated. Defendant has separately communicated his intent to file this Memorandum with Plaintiff, through counsel, and no objection has been offered.

Dated: January 13, 2020       Respectfully Submitted,

By:  /s/ Bridget B. Hirsch
Bridget B. Hirsch, Esq.
State Bar No. 257015
E-Mail: bhirsch@andersonkill.com
**ANDERSON KILL CALIFORNIA L.L.P.**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 943-1444

Stephen D. Palley, Esq. (*pro hac vice*)
*spalley@andersonkill.com*
**ANDERSON KILL L.L.P.**
1717 Pennsylvania Ave., NW, Suite 200
Washington, DC  20006
Telephone:  (202) 416-6500
Facsimile:   (202) 416-6555

## Certificate of Service

I certify that a copy of the above and forgoing was served on January 13, 2020 upon all counsel of record by operation of the Court's ECF system.

By: /s/ Stephen D. Palley