## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4237 MRW | | Date | January 14, 2020 |
|---|---|---|---|---|
| Title | Nano Foundation v. Silver | | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**        ORDER RE: WITHDRAWAL OF MOTION

　　　1.　　　The defense request to withdraw the motion to stay this action (Docket # 75) is GRANTED – with the Court's thanks.

　　　2.　　　So, let's figure out the next steps.  The defense's answer to the amended complain will be due by February 4.  The remaining case management dates (Docket # 65) still appear to be workable.  However, if they're not, let me know when we reconvene on February 5 for the halftime show call.

　　　3.　　　Unless you don't want / need to have the call then.  Given our recent chat, the ongoing discovery, and your looming ADR deadline, I could be convinced to move our call to late February or early March if that would help.  Again, speak with each other and contact Ms. Piper if you jointly want to put the status conference over for a few weeks.