1  DIAMOND McCARTHY LLP
   Ryan M. Lapine (SBN 239316)
2  ryan.lapine@diamondmccarthy.com
   Joshua H. Herr (SBN 301775)
3  joshua.herr@diamondmccarthy.com
   333 South Hope Street, Suite 1800
4  Los Angeles, California 90071
   Telephone: (424) 278-2335
5  Facsimile:  (424) 278-2339

6  Attorneys for Plaintiffs, NANO FOUNDATION, LTD. and
   COLIN LeMAHIEU

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO FOUNDATION, LTD., a New York non-profit corporation; and COLIN LeMAHIEU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID C. SILVER, an individual,<br><br>Defendant. | Case No. 2:19-cv-04237-MRW<br><br>**STIPULATION TO VOLUNTARILY DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed:  May 15, 2019<br>Trial Date:    June 15, 2020 |

# STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff COLIN LeMAHIEU and Defendant DAVID C. SILVER (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff NANO FOUNDATION, LTD. previously dismissed its claims in this action on January 2, 2020;

WHEREAS, the Parties reached a binding settlement of all claims in the above-captioned action at a mediation that took place before the Honorable Ernest H. Goldsmith (Ret.);

WHEREAS, an action may be voluntarily dismissed without a court order by filing a stipulation of dismissal signed by all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

WHEREAS, the Parties wish to dismiss the above-captioned action,

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action be and hereby is DISMISSED.

DATED: March 17, 2020    By: *Colin LeMahieu*
                              Plaintiff Colin LeMahieu

DATED: March 17, 2020    By: *David S.*
                              Defendant David C. Silver