# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-4237 MRW | Date | March 20, 2020 |
| Title | Nano Foundation, Ltd. v. David C. Silver | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

The parties filed a stipulation to dismiss this case with prejudice. (Docket # 83.) This action is dismissed with prejudice.